# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2024-2849
LT Case No. 2022-CA-368

———————————————————

S BALULAD, LLC,

    Appellant,

    v.

POWER CORPORATION,

    Appellee.

———————————————————

On appeal from the Circuit Court for Sumter County.
Michelle T. Morley, Judge.

Christian W. Waugh and Avery L. Dyen, of Waugh PLLC,
Orlando, for Appellant.

Jonathan S. Dean and Christopher D. Eakes, of Dean and Dean,
LLP, Ocala, for Appellee.

August 6, 2026

PER CURIAM.

    AFFIRMED.

EDWARDS, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____